IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ROBERT E. SIMMONS, JR., | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-29 |
| | * |
| LINCOLN HERITAGE LIFE INSURANCE COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 15th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk